The People of the State of New York, Respondent, *v.* Wallace Brown, Appellant.

Submitted April 11, 1955; decided April 14, 1955.

*Frank A. Jablonka* for motion.

No one opposed.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.